```
                 UNITED STATES DISTRICT COURT
                   DISTRICT OF CONNECTICUT
```

HARRY T. ANDERSON,              :
                                :
    Plaintiff,                  :
                                :
    v.                          :       CASE NO. 3:12CV785(RNC)
                                :
EASTERN CT HEALTH NETWORK,      :
INC. et al.,                    :
                                :
    Defendants.                 :

<u>ORDER ON MOTIONS</u>

    Discovery issues should be resolved in good faith by counsel in accordance with their obligations under the Federal and Local Rules of Civil Procedure.  <u>See</u> Fed. R. Civ. P. 37(a)(1); D. Conn. L. Civ. R. 37(a).  **No further discovery motion may be filed in this case unless a prefiling conference is requested.**  Any request for a prefiling conference must be submitted in the form of a letter to the court (with copies to all counsel of record) briefly describing the nature and basis of the proposed motion.

    HAVEN's Motion to Quash and for Protective Order (doc. #76) is denied without prejudice.  As set forth in the parties' Joint Status Report (doc. #114), HAVEN has agreed to produce responsive documents by June 21, 2013, and the parties have reached a general agreement regarding the scope of the deposition of HAVEN's representative, which is scheduled for July 9, 2013.

Defendants' Motion for Extension of Time (doc. #113) is granted in part.  By June 28, 2013, defendants may file a prefiling conference request in connection with the document production by third party HAVEN.

SO ORDERED at Hartford, Connecticut this 19th day of June, 2013.

_____/s/_____
Donna F. Martinez
United States Magistrate Judge