```
               UNITED STATES DISTRICT COURT
                 DISTRICT OF CONNECTICUT
```

| | | |
|---|---|---|
| HARRY T. ANDERSON, | : | |
| Plaintiff, | : | |
| v. | : | CASE NO. 3:12CV785(RNC) |
| EASTERN CT HEALTH NETWORK, INC. et al., | : | |
| Defendants. | : | |

### ORDER ON MOTIONS

Discovery issues should be resolved in good faith by counsel in accordance with their obligations under the Federal and Local Rules of Civil Procedure.  See Fed. R. Civ. P. 37(a)(1); D. Conn. L. Civ. R. 37(a).  **No further discovery motion may be filed in this case unless a prefiling conference is requested.**  Any request for a prefiling conference must be submitted in the form of a letter to the court (with copies to all counsel of record) briefly describing the nature and basis of the proposed motion.

HAVEN's Motion to Quash and for Protective Order (doc. #76) is denied without prejudice.  As set forth in the parties' Joint Status Report (doc. #114), HAVEN has agreed to produce responsive documents by June 21, 2013, and the parties have reached a general agreement regarding the scope of the deposition of HAVEN's representative, which is scheduled for July 9, 2013.

Defendants' Motion for Extension of Time (doc. #113) is granted in part.  By June 28, 2013, defendants may file a prefiling conference request in connection with the document production by third party HAVEN.

SO ORDERED at Hartford, Connecticut this 19th day of June, 2013.

```
            /s/
      Donna F. Martinez
      United States Magistrate Judge
```